NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


INTEGRALE INVESTMENTS, LLC, a )
Florida limited liability company; and )
KEITH KNUTSSON, an individual, )
           )
           Appellants/Cross-Appellees, )
           )
v. )         Case No. 2D17-1532
           )
MATTHEW P. HOFFMAN, )
           )
           Appellee/Cross-Appellant. )
_____ )

Opinion filed March 20, 2019.

Appeal from the Circuit Court for
Hillsborough County; Steven Scott
Stephens, Judge.

Steven L. Brannock, Philip J. Padovano,
Sarah C. Pellenbarg, and Joseph T.
Eagleton of Brannock & Humphries, Tampa;
and G. Wrede Kirkpatrick of Hines Norman
Hines, P.A., Tampa, for Appellants/Cross-
Appellees.

Ginger Barry Boyd of Nelson Mullins Broad
and Cassel LLP, Tallahassee; Beverly A.
Pohl of Nelson Mullins Broad and Cassel
LLP, Fort Lauderdale; and Kenneth G.M.
Mather Gunster, Tampa, for Appellee/Cross-
Appellant.

Affirmed.

NORTHCUTT, VILLANTI, and ATKINSON, JJ., Concur.